**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| FRACTUS, S.A.,<br><br>    Plaintiff,<br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS,<br><br>    Defendant. | JURY TRIAL DEMANDED<br><br>Case No. 2:18-cv-00138-JRG |

**ORDER**

Before the Court is the Joint Motion to Extend the Stay (the "Motion") filed by Plaintiff Fractus, S.A. and Defendant Cellco Partnership D/B/A Verizon Wireless. (Dkt. No. 24.) Having considered the Motion and noting the parties' agreement, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that any existing deadlines contained in the Court's Docket Control Order for Case No. 2:18-cv-0138-JRG are stayed for fourteen (14) days, during which time appropriate dismissal papers shall be submitted.  This stay does not extend to any existing deadlines as to any case other than Case No. 2:18-cv-0138-JRG.

**So ORDERED and SIGNED this 30th day of October, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE